PROB 12B
(12/98)

# United States District Court

## for

## District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is *Not* Attached)

| | | |
|---|---|---|
| Name of Offender: **Howard Edwin Reeves** | | Case Number: **1:00CR00063** |

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence:   **March 11, 2002**

Original Offense:   **Mail Fraud, a Class D Felony, in violation of 18 U.S.C. § 1341.**

Original Sentence:   **18 months prison, 36 months supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **November 9, 2006**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows: **Payment schedule in the amount of $5 a month, commencing in June 2008.**

### CAUSE

Mr. Reeves receives $424.16 in social security disability benefits and $129.00 in food stamps. His expenses include rent totaling $325.00 per month, and medications and a monthly bus pass totaling $230.72. His personal hygiene items are not able to be purchased with the food stamp monies. Consequently, those items are additional expenses as well. Mr. Reeves' necessary living expenses exceed his income. At this time, it is this officer's belief that a $5 per month payment agreement is more feasible for Mr. Reeves than the previously ordered $10 a month payment.

Respectfully submitted,                          Approved,
by  Kristin Keyer                                by  John J. Menke
    U. S. Probation Officer                          Supervising U. S. Probation Officer
    Date:  **May 13, 2008**                          Date:  **May 13, 2008**

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

5/13/08
Date